UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-29-CR-Ungaro-Benages

UNITED STATES OF AMERICA,

v.

NELSON VALDES,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    THIS CAUSE is before the Court by Order of Reference from United States District Judge Ursula Ungaro-Benages. Pursuant to such reference the Court has received the government's Petition Revocation of Supervised Release. A hearing was held on December 11th, 2006, and the defendant appeared with his attorney of record, Faith Mesnikoff, Esquire.

## FACTUAL BACKGROUND

    The defendant, based upon a plea of guilty to charges set forth in the indictment[1], was sentenced by United States District Judge Edward B. Davis to imprisonment for a term of ten months and placed on supervised release for an additional one year. He was also ordered to make restitution in the amount of $17,892.90.

    On February 9, 2006, a Probation Officer petitioned the Court for the issuance of a warrant, charging that the defendant had violated eight conditions of his supervised release. The matter was set for a probable cause before the undersigned.

---

[1] The defendant was charged with aiding and assisting in the preparation of false income tax returns (26 U.S.C. §7206(2) and making and subscribing to a false U.S. income tax return (26 U.S.C. 7206(1).

## DISCUSSION

At the hearing held this date, the government announced that it was withdrawing violations numbered 1 through 5 and that the defendant was not contesting charges 6, 7, and 8. The defendant's counsel agreed to such disposition and the Court then placed the defendant under oath and found that he had adequate opportunity to confer with his attorney, that he fully understand the violations set forth in the Petition, and that he indeed committed such violations, to wit:

> 6. **Violation of Standard Condition**, by failing to provide a written monthly supervision report. The defendant failed to provide reports for the months of January and February, 1997.
>
> 7. **Violation of Standard Condition**, by failing to follow the instructions of the U.S. Probation Officer, in that the defendant did not report as directed to the U.S. Probation Office in Orlando, Florida.
>
> 8. **Violation of Standard Condition**, by failing to report change in address. The defendant did not inform the Probation Officer that he moved from his residence at 1072 Big Oaks Boulevard, Oviedo, Florida.

The defendant acknowledged that he had not bee threatened or coerced into admitting said violations and had not been promised anything for such admissions.

## CONCLUSION AND RECOMMENDATION

For reasons set forth above and based upon the Court's review of the record, and consideration of the admissions of violations by the defendant, the undersigned respectfully

RECOMMENDS that the defendant Nelson Valdes be found to have violated the conditions of his supervised release as set forth above.

The parties have ten (10) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge Ursula Ungaro-Benages. See 28 U.S.C. §636 (1991). Failure to file timely objections may bar the parties from attacking on

appeal the factual findings contained herein. <u>LoConte v. Dugger</u>, 847 F.2d 745, 750 (11th Cir.), <u>cert. denied</u>, 488 U.S. 958 (1988).

      RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 11th day of December, 2006.

                                                   /s/ Barry L. Garber
                                                   BARRY L. GARBER
                                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro-Benages
Counsel of record
United States Probation Office