UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-29-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

NELSON VALDES,

        Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Superseding Petition for Warrant or Summons for Offender Under Supervision. DE 40.

The matter was referred to Magistrate Judge Garber, who on December 11, 2006 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's admission to three violations of his supervised release conditions. DE 66. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 66) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of January 2007.

                                      URSULA UNGARO
                                      UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record